**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 404 WAL 2014
:
               Respondent       : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v.                   :
:
:
:
MARION CROSBY,              :
:
               Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.